NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STUD STEPHENS,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D14-4884
                                        )
DAVID EARL STEPHENS as Personal         )
Representative of the Estate of Sallie  )
B. Stephens, FREDERICK H.               )
STEPHENS, and JABESSA MAJOR,            )
                                        )
            Appellees.                  )
_____)

Opinion filed December 2, 2015.

Appeal from the Circuit Court for
Hillsborough County; Bernard C. Silver,
Judge.

Stud Stephens, pro se.

Andrew Bennett Spark of Spark Law
Chartered, Tampa, for Appellee David Earl
Stephens as Personal Representative of
the Estate of Sallie B. Stephens.

No appearance for remaining Appellees.


PER CURIAM.

        After a conscientious review of the record, we are unable to discern any

reversible error.  Accordingly, we affirm.

Affirmed.

NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.